# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

Robert P. Young, Jr.,
Chief Justice

151954

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

AUTO-OWNERS INSURANCE COMPANY,
      Plaintiff-Appellee,

v

SC: 151954
COA: 320256
Muskegon CC: 13-048858-CK

CHANDRA L. NYHOF, a/k/a CHANDRA L. JOWAR,
      Defendant-Appellant,
and

WILLIAM ANTHONY JONES,
      Defendant,
and

LYNN L. GLASER, GLENN W. GLASER, JR.,
and BIT O'HEAVEN, INC., d/b/a GLASER'S
GLENN LOG CABIN RESORT,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 7, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016



Clerk

t0127